### David A. JOHNSTON, Appellant,

v.

### Barbara A. JOHNSTON, Mike Perry and Kathy Perry, Respondents.

#### No. ED 81327.

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 17, 2002.

Harry J. Mitchell, Palmyra, for appellant.

Mike Perry, General Delivery, Durham, pro se.

Kathy Perry, General Delivery, Durham, pro se.

Barbara Johnston, Canton, IL, pro se.

Before WILLIAM H. CRANDALL, P.J., SHERRI B. SULLIVAN, J. and GLENN A. NORTON, J.

*ORDER*

PER CURIAM.

David Johnston appeals the summary judgment in favor of Barbara Johnston and Mike and Kathy Perry ("defendants") on David Johnston's quiet title claim.

A review of the record shows that there is no genuine issue as to any material fact and that defendants are entitled to a judgment as a matter of law. No error of law appears. An extended opinion would have no precedential value. We affirm the judgment under Rule 84.16(b).